F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

OCT 0 3 2017

By _____
Brenda Keugpa                Deputy

1   Eric S. Pezold (#255657)
    SNELL & WILMER L.L.P.
2   600 Anton Blvd, Suite 1400
    Costa Mesa, California 92626-7689
3   Telephone:    714.427.7414
    Facsimile:    714.427.7799
4   Email:        eric.pezold@swlaw.com

5   Attorneys for Plaintiff
    Greenpath Recovery, Inc.

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SAN BERNARDINO

10

11  In the Matter of the Confession of Judgment by     Case No. C IVDS 1715983

12  INTERNATIONAL PRECISION                            UNLIMITED JURISDICTION
    COMPONENTS CORPORATION, an Illinois
13  corporation; and DOES 1 through 100,               JUDGMENT
    inclusive,
14
                        Defendant,
15
    In Favor of
16
    GREENPATH RECOVERY, INC.,
17
                        Plaintiff.
18

19          Pursuant to the Confession of Judgment statement on file herein, the above-entitled court

20  ordered the following judgment to be entered in the above-entitled cause:

21          IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Greenpath Recovery,

22  Inc. ("Plaintiff") recover from defendant Illinois Precision Components Corporation, an Illinois

23  corporation ("IPCC"), the following:

24          1.      Principal in the amount of $128,915.88 or such lesser amount as may be

25  outstanding at the time this judgment is entered;

26          2.      Interest at the rate of ten percent (10%) from the date of entry of the judgment; and

27          3.      Costs of collection including but not limited to reasonable attorneys' fees.

28  Dated:    OCT 0 3 2017                             GILBERT G. OCHOA

    24390091                        JUDGMENT

1  Eric S. Pezold (#255657)
   SNELL & WILMER L.L.P.
2  600 Anton Blvd, Suite 1400
   Costa Mesa, California 92626-7689
3  Telephone:    714.427.7414
   Facsimile:    714.427.7799
4  Email:        eric.pezold@swlaw.com

5  Attorneys for Plaintiff
   Greenpath Recovery, Inc.

6

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF SAN BERNARDINO**

10

11  | In the Matter of the Confession of | Case No. |
    | Judgment by | |
12  | | UNLIMITED JURISDICTION |
    | INTERNATIONAL PRECISION | |
13  | COMPONENTS CORPORATION, an Illinois | **CONFESSION OF JUDGMENT** |
    | corporation; and DOES 1 through 100, | **STATEMENT** |
14  | inclusive, | |
    | | |
15  | Defendant, | |
    | | |
16  | In Favor of | |
    | | |
17  | GREENPATH RECOVERY, INC., | |
    | | |
18  | Plaintiff. | |

19

20       International Precision Components Corporation, an Illinois corporation ("IPCC"),

21  hereby confess judgment in the above-entitled cause in favor of Greenpath Recovery, Inc.

22  ("Greenpath") in the sum of $125,344.80 or such lesser amount as may be outstanding at

23  the time the judgment is entered.

24       This Confession of Judgment is for a debt that is due and arises out of the

25  following factual situation:

26

27

28

---

CONFESSION OF JUDGMENT STATEMENT

1.    From March 2015 to July 7, 2015, IPCC purchased a variety of recycled plastic material from Greenpath totaling $231,072.75. These purchases were evidenced by the invoices that are attached hereto as Exhibit A.

2.    Despite demand, IPCC has failed to pay in full the outstanding balance of the invoices.

3.    As of July 14, 2016, IPCC owes the sum of $130,344.80, as reflected on the summary of payments attached hereto as Exhibit B.

4.    On July 14, IPCC executed and delivered that certain Promissory Note (the "Note"), which is attached hereto as Exhibit C, to Greenpath. Under the Note, IPCC agreed to repay the $130,344.80 by making an initial payment of $5,000 on July 18, 2016, and weekly payments thereafter beginning on July 25, 2016, until the balance is paid in full, but in any event the unpaid balance shall be repaid in full no than December 4, 2017.

5.    IPCC also agreed that upon its default of the Note, Greenpath was entitled to judgment against IPCC for the unpaid balance of the Note plus interest at ten percent (10%) per annum accruing from the date of the Note. To this end, IPCC hereby executes this Confession of Judgment in accordance with California Code of Civil Procedure §§ 1132 et seq.

6.    IPCC agrees that upon its default of the Note, Greenpath shall have the absolute right to file this Confession of Judgment and lodge the Judgment that is attached hereto as Exhibit D immediately without any notice to IPCC. Greenpath shall apply any payments made by IPCC on the Note to the amount of the Judgment.

7.    IPCC agrees that if Greenpath must enforce the Judgment, Greenpath shall be entitled to collect its costs, including reasonable attorney's fees, incurred in connection therewith.

- 2 -

Dated: ~~July ___ 2016~~ *August 3, 2017*     SNELL & WILMER L.L.P.

By: _____ *for*
Eric S. Pezold
Attorneys for Greenpath Recovery, Inc.

## VERIFICATION

International Precision Components Corporation, an Illinois corporation ("IPCC"), is the defendant in the above-entitled action. I am the President of IPCC, and in that capacity, I have authority to verify this Confession of Judgment Statement. I have read the foregoing statement, know the contents thereof, and I believe they are true.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: July 14, 2016

International Precision Components
Corporation, an Illinois corporation

By: _____

Its: President

- 3 -

CONFESSION OF JUDGMENT STATEMENT

# EXHIBIT A

4:28 PM

11/06/15

Accrual Basis

# GPW
## Customer Open Balance
### All Transactions

| Type | Date | Num | Due Date | Open Balance | Amount |
|------|------|-----|----------|-------------:|-------:|
| **IPCC Dairy Bakery Division** | | | | | |
| Invoice | 03/18/2015 | W 23568 | 04/17/2015 | 512.70 | 704.25 |
| Invoice | 03/24/2015 | W 23410 | 04/23/2015 | 512.91 | 512.91 |
| Invoice | 03/30/2015 | W 23469 | 04/29/2015 | 764.10 | 764.10 |
| Invoice | 04/01/2015 | W 23471 | 05/01/2015 | 626.04 | 626.04 |
| Invoice | 04/02/2015 | W 23470 | 05/02/2015 | 55.35 | 55.35 |
| Invoice | 04/03/2015 | W 23476 | 05/03/2015 | 937.17 | 937.17 |
| Invoice | 04/09/2015 | W 23507 | 05/09/2015 | 882.18 | 882.18 |
| Invoice | 04/09/2015 | W 23508 | 05/09/2015 | 88.92 | 88.92 |
| Invoice | 04/14/2015 | W 23525 | 05/14/2015 | 1,200.00 | 22,894.75 |
| Invoice | 04/20/2015 | W 23548 | 05/20/2015 | 1,200.00 | 17,997.80 |
| Invoice | 04/20/2015 | W 23553 | 05/20/2015 | 404.55 | 404.55 |
| Invoice | 04/21/2015 | W 23551 | 05/21/2015 | 6,550.00 | 18,344.10 |
| Invoice | 04/21/2015 | W 23552 | 05/21/2015 | 351.99 | 351.99 |
| Invoice | 04/24/2015 | W 23564 | 05/24/2015 | 6,633.58 | 6,633.58 |
| Invoice | 04/24/2015 | W 23565 | 05/24/2015 | 16,760.20 | 16,760.20 |
| Invoice | 04/24/2015 | W 23574 | 05/24/2015 | 997.44 | 6,857.40 |
| Invoice | 05/01/2015 | W 23579 | 05/31/2015 | 431.10 | 431.10 |
| Invoice | 05/04/2015 | W 23600 | 06/03/2015 | 519.48 | 519.48 |
| Invoice | 05/05/2015 | W 23608 | 06/04/2015 | 14,272.00 | 16,272.00 |
| Invoice | 05/08/2015 | W 23619 | 06/07/2015 | 425.43 | 425.43 |
| Invoice | 05/13/2015 | W 23632 | 06/12/2015 | 16,793.10 | 16,793.10 |
| Invoice | 05/15/2015 | W 23648 | 06/14/2015 | 11,747.18 | 11,747.18 |
| Invoice | 05/19/2015 | W 23659 | 06/18/2015 | 269.82 | 269.82 |
| Invoice | 05/19/2015 | W 23660 | 06/18/2015 | 19,100.80 | 19,100.80 |
| Invoice | 05/21/2015 | W 23670 | 06/20/2015 | 15,801.40 | 15,801.40 |
| Invoice | 05/28/2015 | W 23684 | 06/27/2015 | 15,324.40 | 15,324.40 |
| Invoice | 06/10/2015 | W 23718 | 07/10/2015 | 17,620.30 | 17,620.30 |
| Invoice | 06/26/2015 | W 24100 | 07/26/2015 | 18,644.90 | 18,644.90 |
| Invoice | 07/07/2015 | W 23794 | 08/06/2015 | 4,307.55 | 4,307.55 |
| Payment | 11/06/2015 | | | -1,000.00 | -1,000.00 |
| **Total IPCC Dairy Bakery Division** | | | | 172,734.59 | 231,072.75 |
| **TOTAL** | | | | 172,734.59 | 231,072.75 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23568 |
|---|---|
| Date | 3/18/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500133 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 3/18/2015 | 5927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 7,825 | 0.09<br>0.00% | 704.25<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$704.25** |
|---|---|---|---|
| Due Date | 4/17/2015 | **Balance Due** | **$512.70** |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23410 |
|-----------|---------|
| Date | 3/24/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500274 |
|----------|----------|

| P.O. Number | 11927-02 |
|-------------|----------|

| FOB | |
|-----|--|

| Cont/Trailer # | |
|----------------|--|

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|----------|------|-------------|---------|-------|--------|
| 3/24/2015 | S927585 | Toll Precessing HD Regrind Black Non-Taxable | 5,699 | 0.09 0.00% | 512.91 0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$512.91** |
|-------|--------------|-----------|-------------|
| Due Date | 4/23/2015 | **Balance Due** | **$512.91** |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23469 |
|---|---|
| Date | 3/30/2015 |

| Bill To |
|---|
| IPCC Dairy Bakery Division |
| 28251 N. Ballard Drive |
| Lake Forest IL 60045 |

| Ship To |
|---|
| Kartel Plastics |
| 1495 North 8th Street. Suit |
| Colton, CA 92324 |

| S.O. No. | O1500288 |
|---|---|
| P.O. Number | 11927-02 |

| FOB | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 3/30/2015 | S927585 | Toll Precessing HD Regrind Black Non-Taxable | 8,490 | 0.09 0.00% | 764.10 0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | Total | $764.10 |
|---|---|---|---|
| Due Date | 4/29/2015 | Balance Due | $764.10 |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23471 |
|---|---|
| Date | 4/1/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Sult<br>Colton, CA 92324 |

| S.O. No. | O1500308 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/1/2015 | S927585 | Toli Precessing HD Regrind Black<br>Non-Taxable | 6,956 | 0.09<br>0.00% | 626.04<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | Total | $626.04 |
|---|---|---|---|
| Due Date | 5/1/2015 | Balance Due | $626.04 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23470 |
|---|---|
| Date | 4/2/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500310 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/2/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 615 | 0.09<br>0.00% | 55.35<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $55.35 |
|---|---|---|---|
| Due Date | 5/2/2015 | **Balance Due** | $55.35 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23476 |
|---|---|
| Date | 4/3/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500322 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/3/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 10,413 | 0.09<br>0.00% | 937.17<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $937.17 |
|---|---|---|---|
| Due Date | 5/3/2015 | **Balance Due** | $937.17 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23507 |
|-----------|---------|
| Date | 4/9/2015 |

| Bill To | Ship To |
|---------|---------|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500352 | FOB | |
|----------|----------|-----|--|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|----------|------|-------------|---------|-------|--------|
| 4/9/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 9,802 | 0.09<br>0.00% | 882.18<br>0.00 |

Phone #   909-954-0586
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $882.18 |
|-------|--------------|-----------|---------|
| Due Date | 5/9/2015 | **Balance Due** | **$882.18** |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23508 |
|---|---|
| Date | 4/9/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500353 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/9/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 988 | 0.09<br>0.00% | 88.92<br>0.00 |

Phone #   909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $88.92 |
|---|---|---|---|
| Due Date | 5/9/2015 | **Balance Due** | $88.92 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23525 |
|---|---|
| Date | 4/14/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | 725 Zwissig Way<br>Union City, CA 94587 |

| S.O. No. | O1500367 | | Booking | ST# 0255 |
|---|---|---|---|---|
| P.O. Number | 11909-02 | | Cont/Trailer # | Seal 4300263 |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 4/14/2015 | F128651<br>S719999 | HDPE Pellets Injection<br>Transportation Fee<br>Non-Taxable | 39,445<br>1 | 0.55<br>1,200.00<br>0.00% | 21,694.75<br>1,200.00<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $22,894.75 |
|---|---|---|---|
| Due Date | 5/14/2015 | **Balance Due** | $1,200.00 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23548 |
|---|---|
| Date | 4/20/2015 |

| Bill To | |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | |

| Ship To | |
|---|---|
| Jatco<br>725 Zwissig Way<br>Union City, CA 94587 | |

| S.O. No. | O1500376 |
|---|---|
| P.O. Number | 11943-02 |

| FOB | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/20/2015 | F127252<br>S719999 | HDPE Regrind Mix Color<br>Transportation Fee<br>Non-Taxable | 35,740<br>1 | 0.47<br>1,200.00<br>0.00% | 16,797.80<br>1,200.00<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $17,997.80 |
|---|---|---|---|
| Due Date | 5/20/2015 | **Balance Due** | $1,200.00 |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23553 |
|---|---|
| Date | 4/20/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500391 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/20/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 4,495 | 0.09<br>0.00% | 404.55<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$404.55** |
|---|---|---|---|
| Due Date | 5/20/2015 | **Balance Due** | **$404.55** |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23551 |
|---|---|
| Date | 4/21/2015 |

| Bill To |
|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 |

| Ship To |
|---|
| Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No | O1500395 |
|---|---|
| P.O. Number | 11947-02 |

| FOB | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 39,030 | 0.47<br>0.00% | 18,344.10<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $18,344.10 |
|---|---|---|---|
| **Due Date** | 5/21/2015 | **Balance Due** | $6,550.00 |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23552 |
|---|---|
| Date | 4/21/2015 |

**Bill To**
IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**
Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500396 | FOB | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/21/2015 | S927585 | Toll Precessing HD Regrind Black Non-Taxable | 3,911 | 0.09 0.00% | 351.99 0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $351.99 |
|---|---|---|---|
| Due Date | 5/21/2015 | **Balance Due** | $351.99 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23564 |
|---|---|
| Date | 4/24/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500408 | FOB | |
|---|---|---|---|
| P.O. Number | 11947-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 14,114 | 0.47<br>0.00% | 6,633.58<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $6,633.58 |
|---|---|---|---|
| Due Date | 5/24/2015 | **Balance Due** | $6,633.58 |



Colton, CA 92324

**GPW**

# INVOICE

| | |
|---|---|
| **Invoice #** | W 23565 |
| **Date** | 4/24/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500407 | | FOB | |
|---|---|---|---|---|
| **P.O. Number** | 11947-02 | | **Cont/Trailer #** | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 35,660 | 0.47<br>0.00% | 16,760.20<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $16,760.20 |
|---|---|---|---|
| **Due Date** | 5/24/2015 | **Balance Due** | $16,760.20 |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23574 |
|---|---|
| Date | 4/24/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500409 | FOB | |
|---|---|---|---|
| P.O. Number | 11909-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 4/24/2015 | F128651 | HDPE Pellets Injection<br>Non-Taxable | 12,468 | 0.55<br>0.00% | 6,857.40<br>0.00 |

Phone #   909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $6,857.40 |
|---|---|---|---|
| **Due Date** | 5/24/2015 | **Balance Due** | **$997.44** |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23579 |
|---|---|
| Date | 5/1/2015 |

**Bill To**
IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**
Kartel Plastics
1495 North 8th Street. Sult
Colton, CA 92324

| S.O. No. | O1500430 | Booking | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/1/2015 | S927585 | Toll Precessing HD Regrind Black Non-Taxable | 4,790 | 0.09 0.00% | 431.10 0.00 |

Phone #   909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$431.10** |
|---|---|---|---|
| Due Date | 5/31/2015 | **Balance Due** | **$431.10** |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23600 |
|---|---|
| Date | 5/4/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500436 |
|---|---|
| P.O. Number | 11927-02 |

| Booking | |
|---|---|
| Cont/Trailer.# | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/4/2015 | S927585 | Toll Precessing HD Regrind Black Non-Taxable | 5,772 | 0.09 0.00% | 519.48 0.00 |

Phone #    909-954-0686
Fax #

PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$519.48** |
|---|---|---|---|
| Due Date | 6/3/2015 | **Balance Due** | **$519.48** |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23608 |
|---|---|
| Date | 5/5/2015 |

| Bill To |
|---|
| IPCC Dairy Bakery Division |
| 28251 N. Ballard Drive |
| Lake Forest IL 60045 |

| Ship To |
|---|
| Kartel Plastics |
| 1495 North 8th Street. Suit |
| Colton, CA 92324 |

| S.O. No. | O1500453 |
|---|---|
| P.O. Number | 11987-02 |

| Booking | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/5/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 33,900 | 0.48<br>0.00% | 16,272.00<br>0.00 |

Phone #   909-954-0686
Fax #

PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $16,272.00 |
|---|---|---|---|
| Due Date | 6/4/2015 | **Balance Due** | $13,272.00 |



**GREENPATH**
recovery

Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23619 |
|---|---|
| Date | 5/8/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500473 | Booking | |
|---|---|---|---|
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/8/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 4,727 | 0.09<br>0.00% | 425.43<br>0.00 |

Phone #   909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $425.43 |
|---|---|---|---|
| Due Date | 6/7/2015 | **Balance Due** | $425.43 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23632 |
|-----------|---------|
| Date | 5/13/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500490 |
|----------|----------|
| P.O. Number | 12008-02 |

| Booking | |
|---------|--|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|----------|------|-------------|-----|-------|--------|
| 5/13/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 35,730 | 0.47<br>0.00% | 16,793.10<br>0.00 |

Phone #   909-954-0686
Fax #

PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $16,793.10 |
|-------|--------------|-----------|------------|
| Due Date | 6/12/2015 | **Balance Due** | $16,793.10 |



GREENPATH recovery

Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23648 |
|---|---|
| Date | 5/15/2015 |

**Bill To**
IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**
Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500501 |
|---|---|
| P.O. Number | 12021-02 |

| Booking | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/15/2015 | F127252 | HDPE Regrind Mix Color Non-Taxable | 24,994 | 0.47 0.00% | 11,747.18 0.00 |

Phone # 909-954-0686
Fax #

PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$11,747.18** |
|---|---|---|---|
| Due Date | 6/14/2015 | **Balance Due** | **$11,747.18** |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23659 |
| --- | --- |
| Date | 5/19/2015 |

| Bill To | Ship To |
| --- | --- |
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500509 | Booking | |
| --- | --- | --- | --- |
| P.O. Number | 11927-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 5/19/2015 | S927585 | Toll Precessing HD Regrind Black<br>Non-Taxable | 2,998 | 0.09<br>0.00% | 269.82<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | Total | $269.82 |
| --- | --- | --- | --- |
| Due Date | 6/18/2015 | Balance Due | $269.82 |



**GREENPATH** recovery

Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23660 |
|---|---|
| Date | 5/19/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | UPM<br>13245 Los Angeles St.<br>Baldwin Park, CA 91706 |

| S.O. No. | O1500506 | FOB | WT# 0123 |
|---|---|---|---|
| P.O. Number | 12023-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 5/19/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 40,640 | 0.47<br>0.00% | 19,100.80<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | **$19,100.80** |
|---|---|---|---|
| Due Date | 6/18/2015 | **Balance Due** | **$19,100.80** |



Colton, CA 92324

GPW

# INVOICE

| Invoice # | W 23670 |
|---|---|
| Date | 5/21/2015 |

**Bill To**
IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**
Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500520 |
|---|---|
| P.O. Number | 12052-02 |

| Booking | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 5/21/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 33,620 | 0.47<br>0.00% | 15,801.40<br>0.00 |

Phone #   909-954-0686
Fax #
**PLEASE REMIT PAYMENTS TO:**
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $15,801.40 |
|---|---|---|---|
| Due Date | 6/20/2015 | **Balance Due** | $15,801.40 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23684 |
|---|---|
| Date | 5/28/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street, Suit
Colton, CA 92324

| S.O. No. | O1500537 |
|---|---|
| P.O. Number | 12058-02 |

| FOB | |
|---|---|
| Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 5/28/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 29,470 | 0.52<br>0.00% | 15,324.40<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $15,324.40 |
|---|---|---|---|
| Due Date | 6/27/2015 | **Balance Due** | $15,324.40 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23718 |
|---|---|
| Date | 6/10/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No. | O1500585 | FOB | |
|---|---|---|---|
| P.O. Number | 12097-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 6/10/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 37,490 | 0.47<br>0.00% | 17,620.30<br>0.00 |

Phone #  909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | Total | $17,620.30 |
|---|---|---|---|
| Due Date | 7/10/2015 | Balance Due | $17,620.30 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 24100 |
|---|---|
| Date | 6/26/2015 |

| Bill To | Ship To |
|---|---|
| IPCC Dairy Bakery Division<br>28251 N. Ballard Drive<br>Lake Forest IL 60045 | Kartel Plastics<br>1495 North 8th Street. Suit<br>Colton, CA 92324 |

| S.O. No | O1500625 | FOB | |
|---|---|---|---|
| P.O. Number | 12097-02 | Cont/Trailer # | |

| Serviced | Item | Description | Qty/Lbs | Price | Amount |
|---|---|---|---|---|---|
| 6/26/2015 | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 39,670 | 0.47<br>0.00% | 18,644.90<br>0.00 |

Phone # 909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | Total | $18,644.90 |
|---|---|---|---|
| Due Date | 7/26/2015 | Balance Due | $18,644.90 |



Colton, CA 92324

**GPW**

# INVOICE

| Invoice # | W 23794 |
| --- | --- |
| Date | 7/7/2015 |

**Bill To**

IPCC Dairy Bakery Division
28251 N. Ballard Drive
Lake Forest IL 60045

**Ship To**

Kartel Plastics
1495 North 8th Street. Suit
Colton, CA 92324

| S.O. No. | O1500650 |
| --- | --- |
| P.O. Number | 12137-2 |

| Booking | |
| --- | --- |
| Cont/Trailer # | |

| Serviced | Item | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | F127252 | HDPE Regrind Mix Color<br>Non-Taxable | 9,165 | 0.47<br>0.00% | 4,307.55<br>0.00 |

Phone #    909-954-0686
Fax #
PLEASE REMIT PAYMENTS TO:
Greenpath Recovery West, Inc.
330 West Citrus Street Suite 300
Colton, CA 92324

| Terms | 1% 10 Net 30 | **Total** | $4,307.55 |
| --- | --- | --- | --- |
| Due Date | 8/6/2015 | **Balance Due** | $4,307.55 |

# EXHIBIT B

# Greenpath Recovery West, Inc. Customer Balance Detail As of July 14, 2016

|  | Type | Date | Amount | Balance |
|---|---|---|---|---|
| **IPCC Dairy Bakery Division** |  |  |  | **176,734.59** |
|  | Payment | 10/19/2015 | -1,000.00 | 175,734.59 |
|  | Payment | 10/23/2015 | -1,000.00 | 174,734.59 |
|  | Payment | 10/30/2015 | -1,000.00 | 173,734.59 |
|  | Payment | 11/06/2015 | -1,000.00 | 172,734.59 |
|  | Payment | 11/16/2015 | -1,000.00 | 171,734.59 |
|  | Payment | 11/25/2015 | -1,000.00 | 170,734.59 |
|  | Payment | 12/04/2015 | -1,000.00 | 169,734.59 |
|  | Payment | 12/11/2015 | -1,000.00 | 168,734.59 |
|  | Payment | 12/18/2015 | -1,000.00 | 167,734.59 |
|  | Payment | 12/24/2015 | -1,000.00 | 166,734.59 |
|  | Payment | 12/31/2015 | -1,000.00 | 165,734.59 |
|  | Payment | 01/08/2016 | -1,000.00 | 164,734.59 |
|  | Payment | 01/15/2016 | -1,000.00 | 163,734.59 |
|  | Payment | 01/22/2016 | -1,000.00 | 162,734.59 |
|  | Payment | 01/29/2016 | -1,000.00 | 161,734.59 |
|  | Payment | 02/05/2016 | -1,000.00 | 160,734.59 |
|  | Payment | 02/12/2016 | -1,000.00 | 159,734.59 |
|  | Payment | 02/19/2016 | -1,000.00 | 158,734.59 |
|  | Payment | 02/26/2016 | -1,000.00 | 157,734.59 |
|  | Payment | 03/04/2016 | -1,000.00 | 156,734.59 |
|  | Payment | 03/11/2016 | -1,000.00 | 155,734.59 |
|  | Payment | 03/25/2016 | -5,748.85 | 149,985.74 |
|  | Payment | 05/02/2016 | -1,785.54 | 148,200.20 |
|  | Payment | 05/10/2016 | -1,785.54 | 146,414.66 |
|  | Payment | 05/16/2016 | -1,785.54 | 144,629.12 |
|  | Payment | 05/23/2016 | -1,785.54 | 142,843.58 |
|  | Payment | 05/27/2016 | -1,785.54 | 141,058.04 |
|  | Payment | 06/06/2016 | -1,785.54 | 139,272.50 |
|  | Payment | 06/10/2016 | -1,785.54 | 137,486.96 |
|  | Payment | 06/20/2016 | -1,785.54 | 135,701.42 |
|  | Payment | 06/27/2016 | -1,785.54 | 133,915.88 |
|  | Payment | 07/01/2016 | -1,785.54 | 132,130.34 |
|  | Payment | 07/11/2016 | -1,785.54 | 130,344.80 |
| Total IPCC Dairy Bakery Division |  |  | -46,389.79 | 130,344.80 |
| **TOTAL** |  |  | **-46,389.79** | **130,344.80** |

EXHIBIT C

## PROMISSORY NOTE

$130,344.80                                                                                July 14, 2016

      For value received, INTERNATIONAL PRECISION COMPONENTS CORPORATION, an Illinois corporation ("Borrower") promises to pay to GREENPATH RECOVERY, INC., a California corporation ("Holder"), or order at a place designated by the Holder, One Hundred Thirty Thousand Three Hundred Forty-Four and 80/100 Dollars ($130,344.80).

      The principal balance shall be repaid as follows: (i) Five Thousand and No/100 Dollars on July 18, 2016; and (ii) the remaining balance of $125,344.80 at the rate of One Thousand Seven Hundred Forty and 90/100 Dollars ($1,740.90) a week commencing on Monday, July 25, 2016 with subsequent payments due on Monday, every seven (7) days thereafter. Unless sooner repaid, the outstanding balance of principal shall be due and owing on December 4, 2017 (the "Maturity Date").

      All payments received by Holder on this Note shall be applied by Holder as follows: first, to the payment of delinquency or late charges and other expenses payable to Holder on this Note; second, to the reduction of the principal. In the event Borrower fails to make any payment within five (5) calendar days after the date when due, said unpaid amount shall be assessed a late charge of five percent (5%).

      Additionally, in the event Borrower fails to pay the outstanding principal balance on the Maturity Date or any weekly amount within two (2) days after the date when due, Holder may proceed without any notice to Borrower to exercise any rights or remedies that it may have under this Note between Borrower and Holder or such other rights and remedies which Holder may have at law, in equity or otherwise including, but not limited to, declaring the entire unpaid principal balance of this Note and accrued interest due and payable at once and filing of a confession of judgment and lodging of a judgment for the remaining amount due and owing under this Note.

      After default, in addition to principal, and delinquency or late charges, Holder shall be entitled to collect interest at the rate of ten percent (10%) per annum from and after the date of this Note on the then outstanding balance due and owing under this Note and all costs of collection, including but not limited to, reasonable attorneys' fees, whether or not suit on this Note is filed, and all such costs and expenses shall be payable on demand.

      No failure on the part of Holder or other holder hereof to exercise any right or remedy hereunder, whether before or after the happening of a default, shall constitute a waiver thereof, and no waiver of any past default shall constitute a waiver of any future default or of any other default.

Except for Holder's initial demand for payment of principal, Borrower hereby waives presentment, protest, demand, diligence, notice of dishonor and of nonpayment, and waives and renounces all rights to the benefits of any statute of limitations and any exemption now provided or which may hereafter be provided by any federal or state statute.

If any provisions of this Note are held by a court of law to be in violation of any applicable laws, the remainder of this Note shall be construed as if such illegal, invalid, unlawful, void, voidable or unenforceable provision was not contained therein, and that the rights, obligations and interest of Borrower and Holder hereof under the remainder of this Note shall continue in full force and effect.

All covenants and agreements herein shall be deemed material, and shall bind Borrower's successors and assigns, whether so expressed or not, and all such covenants shall inure to the benefit of Holder hereof and his nominees, successors and assigns, whether expressed or not. This Note may be assigned or endorsed in whole or in part by Holder.

Borrower hereby waives any and all rights of setoff, recoupment and counterclaim with respect to any amounts due on this Note, including rights of setoff, recoupment and counterclaim with respect to this Note which may arise from claims, transactions or occurrences heretofore unknown to Borrower. The terms of this Note and any discussions between Borrower and Holder leading up to its execution will be kept strictly confidential by Borrower and Holder and will not be disclosed to any third party.

This Note shall be construed in accordance with and governed by the laws of the State of California. To the maximum extent permitted by law, all actions or proceedings arising in connection with this Note shall be tried and determined only in the state and federal courts located in the State of California. To the maximum extent permitted by law, Borrower hereby expressly waives any right it may have to assert the doctrine of forum non conveniens or to object to venue to the extent any proceeding is brought in accordance with this section.

Principal shall be payable in lawful money of the United States of America. Borrower shall have the right to prepay in whole or any part of the principal balance due on this Note without cost or penalty. This Note replaces and supplants that certain promissory note previously executed by Borrower dated March 15, 2016.

(Signature contained on the following page)

IN WITNESS WHEREOF, Borrower has executed this instrument on the date first written above.

INTERNATIONAL PRECISION
COMPONENTS CORPORATION, an
Illinois corporation

By: _____

Name: Michael Stolzman

Its:     President

# EXHIBIT D

Eric S. Pezold (#255657)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:     714.427.7414
Facsimile:     714.427.7799
Email:         eric.pezold@swlaw.com

Attorneys for Plaintiff
Greenpath Recovery, Inc.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| In the Matter of the Confession of Judgment by | Case No. |
| INTERNATIONAL PRECISION COMPONENTS CORPORATION, an Illinois corporation; and DOES 1 through 100, inclusive, | UNLIMITED JURISDICTION |
| | **JUDGMENT** |
| Defendant, | |
| In Favor of | |
| GREENPATH RECOVERY, INC., | |
| Plaintiff. | |

Pursuant to the Confession of Judgment statement on file herein, the above-entitled court ordered the following judgment to be entered in the above-entitled cause:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Greenpath Recovery, Inc. ("Plaintiff") recover from defendant Illinois Precision Components Corporation, an Illinois corporation ("IPCC"), the following:

1.     Principal in the amount of $128,915.88 or such lesser amount as may be outstanding at the time this judgment is entered;

2.     Interest at the rate of ten percent (10%) from the date of entry of the judgment; and

3.     Costs of collection including but not limited to reasonable attorneys' fees.

Dated: _____ ___, 201___        _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judge of the Superior Court

24390091

JUDGMENT

1

PROOF OF SERVICE

2

3        I am employed in the County of Los Angeles and my business address is 20750 Ventura
Boulevard, Suite 101, Woodland Hills, California 91364. I am over the age of 18 years and I am

4   not a party to this action. I am readily familiar with the practices of RUBEN & SJOLANDER
LLP for the collection and processing of correspondence for mailing with the United States

5   Postal Service. Such correspondence is deposited with the United States Postal Service the same
day in the ordinary course of business.

6        On September 13, 2017, I served the foregoing document(s), bearing the title(s)
**CONFESSION OF JUDGMENT STATEMENT** on the interested parties in the action as

7   follows:

8   [X]    by placing [] the **original** [X] a **true copy** thereof enclosed in a sealed envelope
addressed as follows:

9

**SEE ATTACHED SERVICE LIST**

10

11  [X]    (**BY MAIL SERVICE**) I placed such envelopes for collection and to be mailed on this
date following ordinary business practices.

12  []     (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the
office of the addressee.

13

14  []     (**BY FACSIMILE**) The document stated herein was transmitted by facsimile
transmission and the transmission was reported as complete and without error. A

15         transmission report was properly issued by the transmitting facsimile machine and a copy
of said transmission report is attached to the original proof of service indicating the time

16         of transmission.

17  []     (**BY ELECTRONIC MAIL**) The documents were transmitted via email to each of the
parties at the email address(s) listed above and the transmission(s) reported complete and

18         without error.

19  []     (**BY NEXT DAY DELIVERY**) I caused to be delivered such envelope by hand to the
office of the addressee.

20  [X]    (**State**) I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

21

22  []     (**Federal**) I declare under penalty of perjury that I am employed by a member of the Bar
of this Court, at whose direction this service is made.

23      Executed on September 13, 2017, at Woodland Hills, California.

24

25

_____
                                TRICIA TANNER

26

27

28

1

**International Precision Components Corporation v. Greenpath Recovery, Inc.**
**San Bernardino County Superior Court**
**Case No.**

2

3

**SERVICE LIST**

4

5

David N. Ruben, Esq.
6  Joshua M. Ullman, Esq.
Ruben & Sjolander LLP
7  20750 Ventura Blvd., Suite 101
Woodland Hills, California 91364
8  Ph: (310) 788-2828 Fx: (310) 788-9028

9  Eric S. Pezold, Esq.
Snell & Wilmer LLP
10  600 Anton Blvd., Suite 1400
Costa Mesa, California 92626
11  Ph: (714) 427-7414 Fx: (714) 427-7799

12  Michael Stolzman
International Precision Components Corporation
13  28468 N. Ballard Drive
Lake Forest, Illinois 60045

14

Scott H. Kenig, Esq.
15  Randall & Kenig LLP
455 North Cityfront Plaza Drive, Suite 2510
16  Chicago, Illinois 60611
Ph: (312) 822-0800 Fx: (312) 822-0215

17

18

19

20

21

22

23

24

25

26

27

28